DONALD J. GHENT *v.* BOARD OF TAX REVIEW
OF THE TOWN OF WATERBURY

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Waterbury at Waterbury is denied by the court.

*Milo J. Altschuler,* in support of the petition.

Decided December 4, 1979

NATIONAL BANK OF NEW ENGLAND *v.*
R. MURRAY GREGORY

The plaintiff's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Wesley W. Horton,* in support of the motion.

*Carl R. Ajello,* attorney general, *Frank Rogers,* assistant attorney general, and *David A. Bengtson,* in opposition.

Decided December 4, 1979

GEORGE P. KORTEWEG *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF STONINGTON

The defendant's petition for certification for appeal from the Superior Court in the judicial district of New London is denied by the court.

*Donald C. McNeil,* in support of the petition.

*Francis J. Pavetti,* in opposition.

Decided December 4, 1979